FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY -8 PM 2:37

CLERK C Adams
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and DUBLIN DIVISIONS

IN RE: ) Case Nos.: CR114-098, A. L. Butler
) CR115-018, M. M. Ruff
LEAVE OF ABSENCE REQUEST ) CR115-031, D. B. Osborne
PATRICIA G. RHODES )
July 8th through July 10, 2015 )
) CR315-0002, T. V. Bennett, et al.
) CR315-0003, M. J. Todd

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for July 8th through July 10, 2015, to attend CLE training at the National Advocacy Center; same is hereby GRANTED.

This 8th day of May, 2015.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA